# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1429
_____

JEFFREY SUNDWALL,

Appellant,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

Appellee.

_____


On appeal from the Florida Fish and Wildlife Conservation
Commission.
Harold G. Vielhauer, General Counsel.


February 21, 2019


PER CURIAM.

AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey Sundwall, pro se, Appellant.

Brandy Elaine Elliott, Assistant General Counsel, Florida Fish and Wildlife Conservation Commission, Tallahassee, for Appellee.